Scott C. Clarkson, Esq. (CA Bar No. 143271)
Eve A. Marsella, Esq. (CA Bar No. 165797)
Christine M. Fitzgerald, Esq. (CA Bar No. 259014)
**CLARKSON, GORE & MARSELLA, APLC**
3424 Carson Street, Suite 350
Torrance, California 90503
Telephone: 310/542-0111
Facsimile: 310/214-7254
Email: sclarkson@lawcgm.com

Brienton L. Horner, Esq. (CA Bar No. 92399)
Lisa A. Gallo, Esq. (CA Bar No. 201909)
**HORNER & ASSOCIATES**
205 South Broadway, Suite 905
Los Angeles, California 90012
Telephone: (213) 680-1716
Facsimile: (213) 680-1905

Co-Counsel for Plaintiff, Angelo Sianez

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>FERNIE MONTES DE OCHA AND DORA RUIZ-MONTES DE OCHA<br><br>             Debtors,<br><br>ANGELO SIANEZ,<br><br>             Plaintiff<br>vs.<br><br>FERNIE MONTES DE OCHA AND EDWARD M. WOLKOWITZ, AS THE CHAPTER 7 TRUSTEE OF THE ESTATE OF FERNIE MONTES DE OCHA AND DORA RUIZ-MONTES DE OCHA,<br><br>             Defendants | Case No. 2:10-bk-35508-RN<br><br>Chapter 7<br><br>Adv. No. 2:10-ap-02787-RN<br><br>**NOTICE REGARDING COMPLIANCE WITH FEDERAL RULE OF BANKRUPTCY PROCEDURE 7026 AND LOCAL BANKRUPTCY RULE 7026-1**<br><br>Status Conference:<br>DATE: 12/09/2010<br>TIME: 9:00 AM<br>PLACE: 255 E. Temple St.<br>           Ctrm 1645<br>           Floor 16<br>           Los Angeles CA 90012 |

**TO ALL PARTIES:**

      **PLEASE TAKE NOTICE** that all parties are required to comply with Federal Rules of Bankruptcy Procedure 7026 and Local Bankruptcy Rule 7026-1.

1  DATED: October 12, 2010            **Clarkson, Gore & Marsella, APLC**
2
3                                      By: _____
4                                          Christine M. Fitzgerald
                                            Attorney for Plaintiff
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CLARKSON, GORE & MARSELLA, APLC
Attorneys At Law
Torrance, California